Order entered November 6 , 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-01234-CR

### EX PARTE CARMEN LETICIA CHAVEZ

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. W219-80915-08**

## ORDER

The Court has received the clerk's record containing the documents related to appellant's article 11.072 application for writ of habeas corpus. The clerk's record, however, does not contain a copy of the trial court's certification of appellant's right to appeal the August 9, 2012 order. The certification the Court received was from the original 2009 plea proceedings. Accordingly, we **ORDER** the Collin County Clerk to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing the trial court's certification of appellant's right to appeal the August 9, 2012 order.

We **GRANT** appellant's November 5, 2012 request for an extension of time to file the record. We **ORDER** court reporter Janet Dugger to file, within **FIFTEEN DAYS** of the date of this order, the record of the July 9, 2012 hearing. Because this is an accelerated criminal appeal, no further extensions will be granted.

We **ORDER** appellant to file his brief within **THIRTY DAYS** of the date of this order. We **ORDER** the State to file its brief within **FORTY-FIVE DAYS** of the date of this order. No extensions will be granted. If any party does not file its brief within the time specified, the appeal will be submitted without that party's brief. *See* TEX. R. APP. P. 31.1.

**The appeal will be submitted without argument on January 28, 2013 to a panel consisting of Justices Moseley, Francis, and Lang.**

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the following:

- Honorable John Roach, Jr., Presiding Judge, 296th Judicial District Court;

- Janet Dugger, Official Court Reporter, 296th Judicial District Court;

- Collin County District Clerk; and

- Counsel for all parties.

DAVID L. BRIDGES •
JUSTICE